IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00339-BNB

MICHAEL O'BANION,

Plaintiff,

v.

STUDIO J CORPORATION, a/k/a Jonas Bros. Taxidermy Studio t/n,

Defendant.

_____

## ORDER
_____

This matter arises on the **Joint Motion to Amend Scheduling Order** [Doc. # 21, filed 7/15/2014] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 21] is GRANTED as specified, and the case schedule is modified to the following extent:

Discovery Cut-Off:            January 23, 2015

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:     February 6, 2015

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 3, 2014

      (b)      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 5, 2014

The final pretrial conference remains set for February 24, 2015, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The proposed final pretrial order shall be prepared by the parties and submitted to the court no later than February 17, 2015.

Dated August 28, 2014.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge