**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00339-NYW

MICHAEL O'BANION,

Plaintiff,

v.

STUDIO J CORPORATION, a/k/a Jonas Bros. Taxidermy Studio t/n,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

This matter comes before the court on the parties' Joint Motion for Stay or Extension of Deadlines [#35], filed on March 11, 2015 (the "Motion").

IT IS SO ORDERED that the Motion is GRANTED as follows:

(1) The dispositive motion deadline is re-set to May 19, 2015.
(2) The final pretrial conference set for May 20, 2015 is VACATED.
(3) A further status conference is scheduled for April 30, 2015 at 11:00 a.m.
(4) The parties shall file a joint status report no later than April 23, 2015.

DATED March 12, 2015